ACCEPTED
03-15-00371-CV
8146094
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 4:37:13 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00371-CV

_____

**IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 4:37:13 PM
JEFFREY D. KYLE
~~Clerk~~

_____

### CITY OF DALLAS,

Appellant,

v.

### SABINE RIVER AUTHORITY OF TEXAS,

Appellee.

_____

### APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE APPELLEE'S BRIEF

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS:

The Sabine River Authority of Texas, Appellee in the above styled and numbered cause, moves this Court to grant an extension of time to file its Appellee's Brief, and in support thereof would respectfully show the Court as follow:

1.    Appellant filed its brief on November 20, 2015.  Accordingly, Appellee's Brief is currently due on or before December 21, 2015.

2.    Appellee seeks a 30-day extension of time to file its Appellee's Brief, which would make the Appellee's Brief due on or before January 20, 2016.

3.     This extension of time is necessary because the parties are mediating this case between December 14, 2015 and December 16, 2015, and this extension will allow both parties to avoid unnecessary costs in the event that the case is resolved at mediation.

4.     Counsel for Appellee has conferred with counsel for Appellant, and Appellant does not oppose this Motion.

5.     This is the first extension of time Appellee has sought for filing of its Appellee's Brief. This motion is not filed for the purpose of delay, but so that justice may be done and to allow both parties in this matter to avoid unnecessary attorney's fees in the event that this case settles at the upcoming mediation.

For these reasons, Appellee requests that this Court grant Appellee's Motion for Extension of Time to File Appellee's Brief, so that the Appellee's Brief will be due on or before January 20, 2016. Appellee also requests any other relief to which it may be entitled.

Respectfully submitted,

LLOYD GOSSELINK
  ROCHELLE & TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone:   (512) 322-5800
Facsimile:    (512) 472-0532


*/s/ Tyler T. O'Halloran*
JOSE E. de la FUENTE
State Bar No. 00793605
jdelafuente@lglawfirm.com
TYLER T. O'HALLORAN
State Bar No. 24083590
tohalloran@lglawfirm.com
JAMES F. PARKER, III
State Bar No. 24027591
jparker@lglawfirm.com

**ATTORNEYS FOR APPELLEE SABINE
RIVER AUTHORITY OF TEXAS**


## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), this certifies that Tyler T. O'Halloran conferred with counsel for Appellant regarding the merits of this motion, and Appellant does not oppose this motion.


*/s/ Tyler T. O'Halloran*
Tyler T. O'Halloran

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to the following counsel of record, in accordance with the Texas Rules of Appellate Procedure, via electronic transmission on this 8th day of December, 2015:

S. Anthony Safi (safi@mgmsg.com)
Mounce, Green, Myers, Safi, Paxson & Galatzan, P.C.
100 North Stanton, Suite 1000
El Paso, Texas 79901

**ATTORNEYS FOR APPELLANT
CITY OF DALLAS**

*/s/ Tyler T. O'Halloran*
Tyler T. O'Halloran